THE COUNTY COMMISSIONERS OF HILLSBOROUGH COUNTY, *Plaintiffs in Error*, v. R. A. JACKSON, AS SHERIFF OF HILLSBOROUGH COUNTY, *Defendant in Error.*

PER CURIAM.—For the reasons stated in the opinion this day filed in the case of The County Commissioners of Hillsborough County v. R. A. Jackson as Sheriff the judgment in this cause be and is hereby affirmed.